To who This may concern

This is Ricky Glass and I'm at the southern Regional Jail. I feel like I've been treated Different, crule and unusalle punishment. On April 8th Around 12-1pm officer Blevins throw ~~feces~~ fecal under my cell door in A-1 cell 3. I've been down in the whole for 4 months A-D-Seg for throwing food at a officer and there has people coming and going for a ~~murder~~ murder that happend in C-4 afew months ago and Mr frances let them out of the whole after 30 Days. Theres been abunch of people come and go for hurting officers and gets out in 30 Days. Please Help me.



Ricky Coless
INMATE NAME
355-3170
INMATE OID#
SOUTHERN REGIONAL JAIL
1200 AIRPORT ROAD
BEAVER, WV 25813

25801-000899

THE WRITER OF THIS LETTER
IS AN INMATE OF THE
SOUTHERN REGIONAL JAIL

19 APR 2019 PM 4 L

Room 119
110 North Heber Street
Beckley WV. 25801

USA
FOREVER